# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *ex rel.* DARLENE TUCKER, § | |
|     Plaintiff, § | |
| § | CIVIL ACTION NO. 09-1819 |
| v. § | |
| § | |
| CHRISTUS HEALTH, *et al.*, § | |
|     Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

Having been advised that the parties have settled their dispute, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 25, 2013,** that the settlement could not be completely documented and approved. It is further

**ORDERED** that a copy of this Conditional Dismissal Order shall be sent electronically to counsel for the United States of America.

SIGNED at Houston, Texas, this **24**th day of **September, 2013**.

_____
Nancy F. Atlas
United States District Judge